

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2021

No. 04-21-00110-CV

**IN RE GREAT PLAINS MANAGEMENT CORPORATION**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI19936
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant, American General Life Insurance Company's Motion for Extension of Time to File Reply Brief is hereby GRANTED. Appellant's Reply Brief is due October 8, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court